James S. Davis CALBAR NO.207963
Email:  Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| **DALLAS BUYERS CLUB, LLC**, | Case No.:  **'15CV1844 BAS JMA** |
|---|---|
| Plaintiff, | |
| v. | PLAINTIFF'S FRCP 7.1 DISCLOSURE |
| **DOE-68.107.64.239,** | CivLR 40.2  NOTICE OF FINANCIAL INTEREST |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and CivLR 40.2, plaintiff states they do not have a parent corporation and no publicly held corporation owns 10% or more of their stock.

DATED: August 19, 2015.

    Respectfully submitted,

    JAMES S. DAVIS ATTORNEY AT LAW

    /s/James S. Davis
    James S. Davis CALBAR NO.207963
    Jamesdee3080@msn.com
    619-934-4600
    Of attorneys for the plaintiff