James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, <br><br> Plaintiff, <br> v. <br><br> **REMY JOHN MESROBIAN,** <br><br> Defendant. | Case No.: 3:15-cv-01844-BAS-DHB <br><br> JOINT MOTION ON STIPULATED CONSENT JUDGMENT |

Pursuant to Local Rule 7.2, all parties request this Court to take notice, sign and enter the Stipulated Consent Judgment agreed to on this matter.

DATED: February 12, 2016.

                                                    Respectfully submitted,

                                                    JAMES S. DAVIS ATTORNEY AT LAW

                                                    /s/James S. Davis
                                                    James S. Davis CALBAR NO.207963
                                                    Jamesdee3080@msn.com
                                                    619-934-4600
                                                    Of attorneys for the plaintiff