James S. Davis
CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company, <br><br>Plaintiffs, <br><br>v. <br><br>Remy John Mesrobian, <br>Defendant, | Case No.: 3:15-cv-01844-BAS-DHB <br><br>STIPULATED CONSENT JUDGEMENT <br><br>DOE- 68.107.64.239 <br>Remy John Mesrobian |

STIPULATED CONSENT JUDGEMENT

As attested to by the signatures of the parties below, this matter comes before the Court and the parties' joint stipulation.

Plaintiff Dallas Buyers Club, LLC. Has filed a complaint against the defendant in the Southern District Court of California for copyright infringement, 17 U.S.C. §§101, et seq. for the unlicensed copying, promotion and distribution of plaintiffs motion picture titled The Dallas Buyers Club, registered with the United States Copyright Office, Registration No. PA 1-873-195, 2013.

The defendant, initially identified as Doe- 68.107.64.239, has confirmed Remy John Mesrobian as the IP address user, who lived at the time of the infringement at 4759 Pescadero Avenue, San Diego, CA 92107-3540.

The parties, after conferral and investigation, now appear through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgement to effect the terms of their settlement.

### Identity of the Defendant

The defendant identified as a user herein of IP address 68.107.64.239, has been confirmed to be Remy John Mesrobian who resided at 4759 Pescadero Avenue, San Diego, CA 92107-3540, during the time of infringement.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.
2. Plaintiff Dallas Buyers Club, LLC has valid and enforceable copyrights in the original copyrighted work. Dallas Buyers Club, LLC, ("motion picture") registered with the United States Copyright Office, Registration No. PA 1-873-195, 2013.
3. Remy John Mesrobian is the proper named defendant in this case and liable under plaintiff's claims.
4. Defendant is represented by Megan Leffelman Heiting from Antonelli Law, Ltd. 35 E. Wacker Dr. Suite 1875, Chicago, IL 60601.
5. Plaintiff and Defendant Remy John Mesrobian expressly consent to have a Unites States Magistrate Judge conduct any and all proceedings in this case, including entry of orders, this stipulation or any other final judgement or orders arising therefrom.

6. Remy John Mesrobian has fully reviewed the Complaint and the allegations of the Complaint and specifically admits plaintiff's investigations identifying the IP address to be accurate, in particularly in accurately identifying the IP address as the IP address used to download and distribute plaintiff's motion picture and other content identified with the Complaint.

7. In recognition of the defendant's cooperation and pursuant to terms of a separate settlement agreement, plaintiff waives claims for damages in this matter.

8. In addition to other terms in a separate settlement agreement, the parties further agree and require pursuant to the settlement the below Permanent Injunction be entered against Remy John Mesrobian.

## PERMANENT INJUNCTION

Remy John Mesrobian is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing plaintiff's rights in their motion pictures, including without limitation by using the internet to reproduce or copy any Dallas Buyers Club, LLC owned or branded motion pictures, to distribute any Dallas Buyers Club, LLC owned or branded motion pictures, or to make Dallas Buyers Club, LLC owned or branded motion pictures available for distribution to the public, except pursuant to a lawful written license from Dallas Buyers Club, LLC; and

//

//

which Dallas Buyers Club, LLC has any rights or interest, together with any and all BitTorrent clients on any computer(s) he owns or controls together with all other software used to obtain media through the Internet by BitTorrent peer-to-peer transfer or exchange.

SO ORDERED, this day: _____

_____
United State Magistrate Judge

So Stipulated and Respectfully Submitted:

Defendant:

_____
Remy John Mesrobian
Defendant
Represented by Counsel
Megan Leffelman Heiting

Defendant Counsel:

_____
Megan Leffelman Heiting
Antonelli Law, Ltd.
35 E. Wacker Dr. Suite 1875
Chicago, IL 60601

On Behalf of Plaintiff:

_____
James S. Davis CalBar#207963
email: Jamesdee3080@msn.com
James S. Davis, Attorney at Law
730 Broadway, Suite 102
Chula Vista, CA 91910
Phone: 619-934-4600
Of counsel for plaintiffs